

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00804-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Erika Denisse **GONZALEZ**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2012CVK00326C1
Honorable Alvino (Ben) Morales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and judgment denying the expunction is RENDERED.

It is ORDERED that all documents that were turned over to the trial court, or to Erika Denisse Gonzalez or her counsel, be returned to the submitting agencies.

It is further ORDERED that appellant Texas Department of Public Safety recover its costs of this appeal from appellee Erika Denisse Gonzalez.

SIGNED January 22, 2014.

Marialyn Barnard, Justice